FILED'06 AUG 22 15:43USDC-ORP

Jim Sims
Attorney at Law, OSB 743038
Center for Non-Profit Legal Services, Inc.
POB 1586
Medford OR 97501; Tel: (541) 779-7292
Of Attorneys for Plaintiff
James.sims@charterinternet.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISRICT OF OREGON

| | |
|---|---|
| LORI EHLERS CARNETT | NO. CV-05-3101-BR |
| Plaintiff, | ORDER APPROVING PLAINTIFF'S APPLICATION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| vs. | |
| JO ANNE BARNHART, Commissioner, Social Administration, | |
| Defendant. | |

THIS MATTER, coming regularly before the court on the Application of plaintiff for reasonable attorney fees pursuant to the Equal Access to Justice Act; and the parties having agreed to an award of $7,499.00 as a reasonable sum defendant should pay therefore; and the Court being fully advised thereon and good cause appearing therefore, it is hereby

ORDERED AND ADJUDGED, that plaintiff is awarded the sum of $7,499.00 as and for reasonable attorney fees incurred herein,

/

/

ORDER APPROVING
ATTORNEY FEES -1

Center For NonProfit
**LEGAL SERVICES, INC.**
P.O. Box 1586 - Medford, Oregon 97501
**TELEPHONE: (541) 779-7292**

```
 1
 2   payable by defendant to: plaintiff, LORI EHLERS CARNETT and her
 3   attorney, Jim Sims.
 4        DATED THIS 21st DAY OF August 2006,
 5                                   /s/ Anna J. Brown
 6                                   _____
                                     U. S. DISTRICT COURT JUDGE
 7
     Order submitted by:             ANNA J. BROWN
 8   Jim Sims OSB 74303
     Attorney for plaintiff
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

ORDER APPROVING
ATTORNEY FEES -2

Center For NonProfit
**LEGAL SERVICES, INC.**
P.O. Box 1586 - Medford, Oregon 97501
**TELEPHONE: (541) 779-7292**